**Order entered November 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00884-CR

**MICHAEL SHANNON THEDFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80655-2018**

## ORDER

Before the Court is Official Court Reporter Kristen Kopp's November 26, 2018 request

for an extension of time to file the reporter's record. We **GRANT** the request to the extent we

**ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
           JUSTICE